**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SCOTT C. P., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:18-CV-0036-D |
| § | |
| NANCY A. BERRYHILL, ACTING, § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

### ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and plaintiff's objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

It is therefore ordered that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted, and the decision of the Commissioner is affirmed.

**SO ORDERED**.

March 22, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE